Thomas Darrell Cross Jr

TDCJ-ID # 1721248

Beto Unit

1391 FM 3328

This document contains some pages that are of poor quality at the time of imaging.

83,356-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 14 2015
Abel Acosta, Clerk

Court of Criminal Appeals

Clerk of Court

Abel Acosta

R P.O. Box 12308 - Capitol Station

Austin, Texas 78711

Date: August 10th, 2015

Re: Exparte Thomas Darrell Cross Jr, WR-83,356-01, Trial Ct.

No. CR27615-B

Dear Clerk,

Enclosed, please find my correspondence with the trial court in the above styled and numbered cause. Can you please file this document with all other related papers in this cause. Thank you.

Respectively,

Thomas D. Cross Jr

TDCJ-ID # 1721248

Thomas Cross Jr

Beto Unit

1391 Fm 3328

Tennessee Colony, Tx 75880


Judge Mark Morefield

1923 Sam Houston Ave. Rm 304

Liberty, Texas 77575              Date: August 10th 2015

Re: Ex Parte Thomas Darrell Cross Jr, WR-83,356-01, Trial Ct

   No. CR27615-B

Your Honor,

     Respectively. On July 21st 2015 I wrote you to bring

To your attention the fact that I had not received a copy

of your "order" designating controverted, unresolved issue's

or a copy of the States "reply" there to.

     I'm writing now to bring to your attention this fact

that I have finally received a copy of your "order" but I

have yet to receive a copy of the states response to that

order. Can you please order the state and/or the district

clerk to send me @ a copy of the states response in accord

PAGE 1

WITH ARTICLE 11.07 SECTION 7 OF THE TEXAS CODE OF CRIMINAL PROCEDURE, SO THAT I MAY FILE MY OBJECTIONS IN REPLY TO THE STATES RESPONSE. THANK YOU.

RESPECTIVELY,

Thomas D. Cross Jr.

TDCJ-ID # 1721248

C.C.: —FILE—

LIBERTY COUNTY D.A.S OFFICE

COURT OF CRIMINAL APPEALS

PAGE 2